AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00350 |
| Dennis Barnes | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 10/31/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Dennis Barnes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building or Grounds,;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building,.

Date: 10/31/2024

*Moxila A. Upadhyaya*
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.31 11:19:01 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/13/2024, and the person was arrested on *(date)* 11/13/2024
at *(city and state)* Austin, Texas.

Date: 11/13/2024

*Arresting officer's signature*

Hannah Mueller/FBI Special Agent
*Printed name and title*