UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-mj-0350 |
| | ) | |
| DENNIS BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in the above styled case as counsel for

**DEFENDANT DENNIS BARNES**

Dated November 15, 2024          Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify on the 15th day of November 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                                  */s/ Carolyn A. Stewart*
                                                  Carolyn A. Stewart, Esq.