# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 1:24-mj-00350 (MAU) |
| **v.** : | |
| : | |
| **DENNIS BARNES,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SUBSTIUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, enters the appearance of Matthew Beckwith as counsel of record in the above-captioned proceeding in substitution for Michael Barclay. Please terminate the appearance of Mr. Barclay from the docket.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Matthew Beckwith*
MATTHEW BECKWITH
DC Bar No: 90014452
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20004
(202) 252-7109
Matthew.beckwith@usdoj.gov